FILED

JUN 2 4 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

U.S.A.

§
§
§
§

vs.

CASE NO. **MO:25-MJ-191(03)**

**LEAH MUELLER**

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

### TO THE SHERIFF OF CRANE COUNTY AT THE CRANE COUNTY DETENTION CENTER IN CRANE, TX.

GREETINGS:

You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas, or his duly authorized representative, the body of **LEAH MUELLER** to this Court **instanter**, to remain in the custody of the said Marshal during the proceedings in the above styled cause, and any further proceedings in this cause are completed.

This Writ shall be your warrant and authority in the premises, and the Clerk of this Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance.

HEREIN FAIL NOT, but make due return to this Writ.

Witness The Honorable Ronald C. Griffin, U.S. Magistrate Judge
United States District Court
Western District of Texas
and the Seal of this Court hereto affixed
this 20th day of **June, 2025**

PHILIP J. DEVLIN, CLERK OF COURT

By: _____
Deputy Clerk

UNITED STATES MARSHAL
I have fully executed in writing
writ/order by receiving the body
of _Leah Muelle_ on _____
_10/23/25_ .
By: _____
Deputy U.S. Marshal
W/TX Midland Division