AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

RECEIVED
JUN 2 5 2025
USMS MIDLAND

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 7:25-CR-00124 |
| DAVID VILLEGAS | ) |
| Defendant | ) |

FILED
JUL 0 8 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DAVID VILLEGAS
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 21 U.S.C. § 841(a)(1) - Controlled Substances • Conspiracy to Possess with Intent to Distribute

Date: 06/25/2025

_____
Issuing officer's signature

City and state: Midland, Texas

J. Barker, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/25/25, and the person was arrested on *(date)* 7/2/25
at *(city and state)* Crane, Texas

Date: 7/3/25

_____
Arresting officer's signature

Coleman Boring / Special Agent / HSI
*Printed name and title*