UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  MO:25-CR-00124(1)-DC |
| § | |
| (1) DAVID VILLEGAS § | |

**ORDER SETTING SENTENCING MIDLAND**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING MIDLAND,** in the Courtroom 3, 200 E. Wall, Midland, TX , on **November 13, 2025 at 09:30 AM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 20th day of August, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE